ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| Leebcor Services, LLC | ) | ASBCA No. 63623 |
| | ) | |
| Under Contract No. NAFIB9-21-C-0004 | ) | |

APPEARANCES FOR THE APPELLANT: Patrick K. Burns, Esq.
              Jeremy D. Camacho, Esq.
               Gordon Rees Scully Mansukhani, LLP
               Alexandria, VA

APPEARANCES FOR THE GOVERNMENT: Dana J. Chase, Esq.
               Army Chief Trial Attorney
              MAJ Brittney N. Montgomery, JA
               Trial Attorney

## ORDER OF DISMISSAL

Per the December 7, 2023, request of both parties, the appeal is hereby dismissed without prejudice pursuant to Board Rule 18. Unless either party or the Board acts to reinstate the appeal within one year from the date of this Order, the dismissal shall be deemed with prejudice.

Dated: December 12, 2023

BRIAN S. SMITH
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63623, Appeal of Leebcor Services, LLC, rendered in conformance with the Board's Charter.

Dated:  December 12, 2023

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals
